IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANTHONY BONNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:15-CV-69 (MTT) |
| ) | |
| Warden EDWARD PHILBIN, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Stephen Hyles. (Doc. 8). The Magistrate Judge recommends construing the Petitioner's response to the Court's show cause order as a motion to voluntarily dismiss his 28 U.S.C. § 2254 petition and dismissing the petition without prejudice. (Docs. 6; 7). The Petitioner has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the petition is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a).

**SO ORDERED**, this 19th day of May, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT